# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. __26-mj-8059-BER_____

UNITED STATES OF AMERICA

v.

JAVED DEFREITAS ELLIS

_____/
Defendant.

FILED BY ____SP____ D.C.

**Jan 27, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? ☐ Yes ☑ No

2.  Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes ☑ No

3.  Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? ☐ Yes ☑ No

4.  4.  Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? ☐ Yes ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY:  *Suzanne Huyler*
Suzanne Huyler
ASSISTANT UNITED STATES ATTORNEY
District Court No.   A5503350
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:     (561) 820-8711
Fax:    (561) 820-8777
Email:  Suzanne.Huyler@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

FILED BY _____ *SP* _____ D.C.

**Jan 27, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. – West Palm Beach

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JAVED DEFREITAS ELLIS | ) | Case No.   26-mj-8059-BER |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 23, 2026 _____ in the county of _____ Palm Beach _____ in the

_____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a) & (b)(1) | Illegal re-entry into the United States after deportation or removal |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DO Andy Korzen
*Printed name and title*

Sworn to and attested to me by applicant by
telephone (Facetime) per the requirements of
Fed. R. Crim. P.4 (d) and 4.1.

Digitally signed by
Bruce E. Reinhart
Date: 2026.01.27
15:16:48 -05'00'

Date: _____

_____
*Judge's signature*

City and state: _____ West Palm Beach, FL _____

Bruce E. Reinhart, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1.       I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-two years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.       This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Javed Defreitas ELLIS committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3.       On or about January 23, 2026, Javed Defreitas ELLIS was arrested in Palm Beach County, Florida on felony offenses of cross county lines to commit burglary, burglary of a conveyance, and grand theft auto. He was booked and detained at the Palm Beach County Jail.

4.       A review of the immigration records shows that Javed Defreitas ELLIS is a native and citizen of Jamaica. Records further show that on or about April 4, 2023, Javed Defreitas ELLIS was ordered removed from the United States. The Order of

1

Removal was executed on or about April 27, 2023, whereby Javed Defreitas ELLIS was removed from the United States and returned to Jamaica.

5.      Records further show that on or about December 5, 2017, in the Seventeenth Judicial Circuit, in and for Broward County, State of Florida, Javed Defreitas ELLIS was convicted of the felony offenses of operating  a chop shop and grand theft auto, case number 17CF001617.

6.      Javed Defreitas ELLIS's fingerprints taken in connection with his January 23, 2026, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Javed Defreitas ELLIS.

7.      A record check was performed in the Computer Linked Application Informational Management System to determine if Javed Defreitas ELLIS filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Javed Defreitas ELLIS obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8.      Based on the foregoing, I submit that probable cause exists to believe that, on or about January 23, 2026, Javed Defreitas ELLIS, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this _____ day of January 2026.

Digitally signed by
Bruce E. Reinhart
Date: 2026.01.27
15:34:58 -05'00'
_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**:   JAVED DEFREITAS ELLIS

**Case No**:

Illegal Reentry into the United States after deportation or removal

Title 8, United States Code, Section 1326 (a) and (b)(1)
\* **Max. Term of Imprisonment:** up to 10 years
\* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
\* **Max. Supervised Release:** up to 3 years
\* **Max. Fine:** $250,000
\* **Special Assessment**: $100 upon conviction

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**